*916 C. A. 4th Cir. Reported below: 107 Fed. Appx. 308;
C. A. 5th Cir. Reported below: 119 Fed. Appx. 629;
C. A. 6th Cir.;
C. A. 4th Cir. Reported below: 113 Fed. Appx. 520;
C. A. 3d Cir. Reported below: 115 Fed. Appx. 586;
C. A. 4th Cir. Reported below: 114 Fed. Appx. 577;
C. A. 5th Cir. Reported below: 111 Fed. Appx. 761;
C. A. 5th Cir. Reported below: 113 Fed. Appx. 620;
*917 No. 04-8529.
No. 04-8537.
No. 04-8538.
No. 04-8541.
No. 04-8542.
No. 04-8550.
No. 04-8585.
No. 04-8589.
No. 04-8591.
No. 04-8599.
No. 04-8601.
No. 04-8604.
No. 04-8605.
No. 04-8619.
No. 04-8629.
No. 04-8631.
No. 04-8650.
No. 04-8652.
No. 04-8705.
C. A. 2d Cir. Reported below: 107 Fed. Appx. 253;
C. A. 5th Cir. Reported below: 115 Fed. Appx. 233;
C. A. 10th Cir. Reported below: 118 Fed. Appx. 439;
C. A. 1st Cir. Reported below: 388 F. 3d 21;
C. A. 4th Cir. Reported below: 114 Fed. Appx. 545;
C. A. 5th Cir. Reported below: 111 Fed. Appx. 772;
C. A. 11th Cir. Reported below: 125 Fed. Appx. 270;
C. A. 10th Cir. Reported below: 101 Fed. Appx. 328;
C. A. D. C. Cir. Reported below: 388 F. 3d 913;
C. A. 4th Cir. Reported below: 85 Fed. Appx. 336;
C. A. 5th Cir. Reported below: 111 Fed. Appx. 255;
C. A. 5th Cir. Reported below: 390 F. 3d 393;
C. A. 5th Cir. Reported below: 111 Fed. Appx. 779;
C. A. 5th Cir. Reported below: 116 Fed. Appx. 480;
C. A. 5th Cir. Reported below: 111 Fed. Appx. 783;
C. A. 11th Cir. Reported below: 127 Fed. Appx. 471;
C. A. 11th Cir. Reported below: 125 Fed. Appx. 977;
C. A. 5th Cir. Reported below: 112 Fed. Appx. 989; and
C. A. 11th Cir. Reported below: 112 Fed. Appx. 1. Motions of petitioners for leave to proceed informa pauperis granted. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of United States v. Booker, 543 U. S. 220 (2005).